AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:09-cv-1342

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  International Sports Properties, Inc.
was received by me on *(date)*  04/22/2010  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: By leaving a copy with an officer, a manager or general agent, or with any authorized agent by appointment or by law to receive service of process. Served Rudy Allen, Vice President of Human Resources, black male, 45 years of age, 6'1" in height 250 lbs, black hair, on April 22, 2010 at 4:55 pm.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/23/2010

_____
Server's signature

Robert Bryant
*Printed name and title*

815 Old Winston Road
Kernersville, NC 27284

*Server's address*

Additional information regarding attempted service, etc: